UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x   ECF Case
SPEC OPS EXPO, *et al.*,              :   Index No. 08 CV 3824 (PAC)

                       Plaintiffs,    :

              v.                      :   **APPEARANCE**

THE LODESTAR GROUP, LLC, *et al.*,    :

                                      :

                       Defendants.    :
------------------------------------- x

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant Grainger R. Barrett.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 22, 2008

                                        Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        _____
                                        David A. Schulz

                                        321 W. 44th Street, Suite 510
                                        New York, NY 10036
                                        t: (212) 850-6100
                                        f: (212) 850-6299

                                        Counsel for Defendant Grainger R. Barrett