UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x   ECF Case
SPEC OPS EXPO, *et al.*,              :   Index No. 08 CV 3824 (PAC)

                 Plaintiffs,   :

                 v.   :   **APPEARANCE**

THE LODESTAR GROUP, LLC, *et al.*,    :

                 Defendants.  :
------------------------------------ x

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendant Cumberland County Civic Center Commission.[1] I certify that I am admitted to practice in this court.

Dated: New York, New York
       September 5, 2008

                              Respectfully submitted,

                              LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                              David A. Schulz

                              321 W. 44th Street, Suite 510
                              New York, NY 10036
                              t: (212) 850-6100
                              f: (212) 850-6299

                              *Counsel for Defendant Cumberland County Civic Center Commission*

---

[1] The Complaint also purports to name as defendants Cumberland County Civic Center, Crown Center, and Crown Center aka Coliseum, none of which are corporate entities capable of being sued. Crown Center is the name of a complex of buildings, including Crown Coliseum, that serve as venues for various events and that are owned by Cumberland County. Crown Center was originally called the Cumberland County Civic Center, but has since been renamed. The Cumberland County Civic Center Commission oversees the operations of these facilities, and, to the extent that it does business under any of their names, it is the proper defendant.